# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 9214 | **DATE** | 6/5/2012 |
| **CASE TITLE** | Klapper v. United Reman Group, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held; case has settled. This case is dismissed.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | CW |
|---|---|---|